UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN ODOMS, | ) | 3:09-CV-0223-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | January 11, 2011 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:     LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   The court has reviewed the plaintiff and defendants' notices regarding intent to proceed with mediation (#s 20 & 22), and the status report regarding joint discussion of 42 U.S.C. § 1997e (#24).  The court has determined that this case is not suitable for inclusion in the inmate early mediation program.  The defendants shall have to and including **Thursday, February 10, 2011** to file an answer or other response to the complaint.

   **IT IS SO ORDERED.**

                                         LANCE S. WILSON, CLERK

                              By:            /s/
                                         Deputy Clerk