## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| JOHN ODOMS, | ) | 3:09-CV-0223-RCJ (VPC) |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| | ) | |
| vs. | ) | February 15, 2011 |
| | ) | |
| HOWARD SKOLNIK, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT:   THE HONORABLE VALERIE P. COOKE, U.S. MAGISTRATE JUDGE

DEPUTY CLERK:   LISA MANN          REPORTER: NONE APPEARING

COUNSEL FOR PETITIONER(S): NONE APPEARING

COUNSEL FOR RESPONDENT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

   Plaintiff has filed a motion to compel discovery (#28), and defendants have opposed the motion (#29).  Plaintiff's motion to compel discovery appears to the court to be a written request for discovery to defendants.  Pursuant to Local Rule 26-8, discovery-related papers are not filed unless ordered by the court.  Furthermore, no scheduling order has been issued in this case because a motion to dismiss is pending (#30).  Therefore,

   **IT IS ORDERED** that plaintiff's motion to compel discovery (#28) is **DENIED.**

   **IT IS SO ORDERED.**

                                        LANCE S. WILSON, CLERK

                               By:          /s/
                                        Deputy Clerk